# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brad Silvernail,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Hanny Realty Advisors LP et al.<br><br>　　　　　Defendants. | Case No.: CV-15-1553-PHX-JAT<br><br>**ORDER** |

Having reviewed the parties' stipulation of dismissal with prejudice (Doc. 17), and finding good cause;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

Dated this 28th day of January, 2016.

_____
James A. Teilborg
Senior United States District Judge